RECEIVED

SEP 16 2013


TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
BY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| CORNELL HENRY, III | CIVIL ACTION NO: 12-2735 |
| VERSUS | JUDGE DONALD E. WALTER |
| 14TH JUDICIAL DISTRICT COURT, ET AL. | MAGISTRATE KAY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein and having thoroughly reviewed the record and concurring with the findings of the Magistrate Judge under the applicable law, and noting the lack of written objections;

**IT IS ORDERED** that the Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED**, this _16_ day of September 2013.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE